FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2018 APR -9 PM 3:03
CLERK a.Burton
SO. DIST. OF GA.

# United States District Court

## Southern District of Georgia

Debbie Fountain

_____  Case No. 3:18-cv-00017-DHB-BKE
Plaintiff

v.  City of Alamo, Georgia, et al.  Appearing on behalf of

_____  Plaintiff
Defendant  (Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 5th day of April, 2018.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | Duke R. Groover |
| Business Address: | James Bates Brannan Groover LLP |
| | Firm/Business Name |
| | 231 Riverside Drive |
| | Street Address |
| | Macon   GA   31201 |
| | Street Address (con't)   City   State   Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2   City   State   Zip |
| | (478) 749-9931         313225 |
| | Telephone Number (w/ area code)   Georgia Bar Number |
| Email Address: | DGroover@jamesbatesllp.com |